**Paul v. Byrne, Jr., Plaintiff-Appellant, v. The First National Bank of Chicago, Defendant-Appellee.**

**Gen. No. 50,482.**

First District, Fourth Division.
February 4, 1966.
Rehearing denied March 30, 1966.

Joseph Keig, Sr., of Chicago (John O'C. Fitzgerald, of counsel), for appellant; Rogers, Paul & Hansen, of Chicago (Don W. Feeley and George A. Hansen, of counsel), for appellee. Opinion by PRESIDING JUSTICE DRUCKER. **Not to be published in full.**